07 CV 6234T(P) COPY

UNITED STATES DISTRICT COURT [redacted]
NORTHERN DISTRICT OF NEW YORK

----------------------------------------X

TYLER SCHESSL, an infant by his father and natural guardian, KURT SCHESSL, and KURT SCHESSL, individually,

Plaintiffs,

-against-

FRANKLIN SPORTS INDUSTRIES, INC.,

Defendant.

----------------------------------------X

**STIPULATION TO TRANSFER TO WESTERN DISTRICT**

Docket No.: 06-CV-1340

RECEIVED
MAY 07 2007
CLERK, USDC WDNY

S I R S:

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties herein, that the above action be transferred from Northern District of New York to Western District of New York.

It is respectfully submitted that counsel for the parties have agreed that there would be no prejudice to either party to effect said transfer of the within matter to Western District of New York, for the following reasons:

1. The accident occurred at 156 Eaglesfield Way, Fairport, New York 14450, which is located within Monroe County and the jurisdiction of Western District of New York;

2. Plaintiffs' place of residence is 32 Edendery Circle, Fairport, New York 14450, which is also located within the jurisdiction of Western District of New York;

3. Defense counsel has indicated that he has no particular ties to Northern District of New York, and therefore would not be inconvenienced in any way as result of the transfer.

ECF DOCUMENT
I certify that this is a printed copy of a document which was electronically filed with the UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK
LAWRENCE K. BAERMAN, CLERK
Dated: 4/30/07
By: [signature] Deputy Clerk

IT IS HEREBY FURTHER STIPULATED AND AGREED, that the within Stipulation may be filed with the Clerk of the Court without any further action on behalf of the parties herein.

PARKER WAICHMAN ALONSO MARK, LLP

By: Andres F. Alonso
Attorneys for Plaintiffs
111 Great Neck Road
1st Floor
Great Neck, New York 11021
(516) 466-6500
File No.: 613152

HURWITZ & FINE, P.C.

By: Philip Gulisano
Attorneys for Defendant
1300 Liberty Building
Buffalo, New York 14202
(716) 849-8900
File No.: 2006.1216

Dated: Great Neck, New York
April 25, 2007

4/30/07
So ordered

GJDiBianco